AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br>CHRISTOPHER L. GOODWIN, et al.,<br><br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:16-CV-44-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in rem is entered in favor of the United States and against Defendants Christopher L. Goodwin, Shelly A. Goodwin, n/k/a Shelly A. Jamison in the amount of $218,465.68 principal and interest accrued through date of judgment as calculated according to terms of the First Amended Complaint, ECF No. 13; plus interest from the date of judgment at the rate set forth in 28 U.S.C. § 1961; plus filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2); plus court costs; and the costs and expenses of this action presently and in the future incurred for advertising, selling, and conveying the property.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge Rosanna Malouf Peterson on a Motion for Default Judgment (ECF No. 33).

Date: May 3, 2017 Nunc Pro Tunc

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb