UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CHRISTOPHER L. GOODWIN; SHELLY A. GOODWIN, now known as Shelly A. Jamison; BERNARDO ANGEL-MARTINEZ; LORENZO ANGEL-MARTINEZ; PIEDAD DUARTE; SUNDOWN ORCHARDS, and TROUT-BLUE CHELAN-MAGI, INC., doing business as Chelan Fruit Company, doing business as Chelan Fruit Cooperative,<br>　　　　　　　　Defendants. | NO: 2:16-CV-044-RMP<br><br>ORDER GRANTING MOTION TO CERTIFY CONFIRMATION OF SALE AND DISBURSEMENT OF FUNDS FROM SALE |

Before the Court is Plaintiff's Motion to Certify Confirmation of Sale and for Disbursement of Funds, ECF No. 47. The Court has reviewed the motion and the record, and is fully informed.

The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, ECF No. 42, and that the

ORDER GRANTING MOTION TO CERTIFY CONFIRMATION OF SALE AND DISBURSMENT OF FUNDS FROM SALE ~ 1

property so sold is all situated in Okanogan County, in the State of Washington, ECF No. 36, and is more particularly described as:

Parcel 1:

The North half of the Northwest quarter of the Southwest quarter of the Northwest quarter of Section 34, Township 34 North, Range 26 E.W.M., EXCEPT one acre in the Northwest corner thereof bounded and described as follows: Commencing at a point on the East line of the right of way of the County Road extending North and South between Sections 33 and 34, said Township and Range, where the East boundary line of said County Road right of way intersects the North boundary line of the Southwest quarter of the Northwest quarter of Section 34. Thence run East along the North boundary line of said Southwest quarter of the Northwest quarter a distance of 208.8 feet; thence turn an angle of 90° and run South 208.8 feet, thence turn an angle of 90° and run West on a line parallel with the North line of said Southwest quarter of the Northwest quarter a distance of 208.8 feet to the East boundary line of the right of way of said County Road, thence North along the east boundary line of said right of way to the point of beginning.

ALSO EXCEPTING that portion described as follows: Commencing at the Section corner common to Sections 27, 28, 33 and 34, Township 34 North, Range 26 E.W.M., thence South 0°28'36" West on the line between Sections 33 and 34, a distance of 1645.06 feet, which point bears North 0°28'36" East 991.46 feet from the West quarter corner of Section 34, thence South 89°56'13" East for a distance of 15 feet to the East right of way of Weatherstone Road, and the initial point of beginning. Thence containing South 89°56'13" East 208.63 feet, thence North 0°28' 36" East 118.0 feet, thence North 89°56'13" West 208.63 feet, thence South 0°28'36" West 118.0 feet to the initial point of beginning.

ALSO EXCEPTING that part of the North half of the Northwest quarter of the Southwest quarter of the Northwest quarter of Section 34, Township 34 North, Range 26 E.W.M., more particularly described as follows: Commencing at the Northwest corner of said Northwest quarter of Section 34, an aluminum cap monument, from which the Southwest corner of said Northwest quarter a brass cap monument, bears South 00°28'45" West, 2636.74 feet; thence South 00°28'45" West along the West line of said Northwest quarter for a distance of 1318.37 feet to the Northwest corner of said North half of the Northwest quarter of the Southwest quarter of the Northwest quarter of Section 34; thence South 89°56'22" East along the North line of said subdivision for a distance of 223.80 feet to the Northeast corner of the Jundt property described on the instrument filed in Volume

ORDER GRANTING MOTION TO CERTIFY CONFIRMATION OF SALE AND DISBURSMENT OF FUNDS FROM SALE ~ 2

122, Page 1170; thence South 00°03'38" West along the East line of said Jundt and Connolly properties for a distance of 162.10 feet to the True Point of Beginning; thence South 87°54'20" East along a line 8 feet North of and parallel to the North line of a concrete block building for a distance of 63.02 feet; thence South 02°00'15" West along a line 5 feet East of and parallel to the East line of said concrete block building for a distance of 112.65 feet; thence North 87°54'20" West along a line 25 feet South of and parallel to the South line of said building for a distance of 61.37 feet to the East line of the Norwill property described on the instrument filed in Volume 111, page 235; thence North 00°28'45" East along the East line of said Norwill property for a distance of 65.90 feet to the South line of the Connolly property described on the instrument filed in Volume 111, page 2655; thence South 89°56'04" East along the South line of said Connolly property for a distance of 1.70 feet to the Southeast corner thereof; thence North 00°03'38" East along the East line of said Connolly property for a distance of 46.74 feet to the True Point of Beginning.

Parcel 2:

The South half of the Northwest quarter of the Southwest quarter of the Northwest quarter of Section 34, EXCEPTING therefrom: Beginning at the Southwest corner of the above subdivision, thence run North 225 feet, thence East 225 feet, thence to a point on the South line of the Northwest quarter of the Southwest quarter of the Northwest quarter, a distance 360 feet from the Point of Beginning. Thence West 360 feet to the Point of Beginning, in Township 34 North, Range 26 E.W.M.

Parcel 3:

The Northeast quarter of the Southwest quarter of the Northwest quarter of Section 34, Township 34 North, Range 26 E.W.M, less that portion conveyed to the County of Okanogan for road purposes by deed recorded in Book 162 of Deeds, under Auditor's file No. 456890.

All in Okanogan County, Washington. ECF No. 44. The record also reflects that on the date of the sale, all rights, title and interest of the Defendant, in and to the said property was sold by the United States Marshal to Double A Orchards, ECF No. 44 at 4; the United States Marshal properly made and filed his Return of Sale on October 4, 2017, ECF No. 44; the Clerk properly mailed notice of the

filing of the return of sale to all parties who have entered a written notice of appearance and who had not had an order of default entered against them, if any; more than twenty (20) days having elapsed since mailing of the notice of filing of said return; and no objections or exceptions were made or filed to said sale and return.

Accordingly, **IT IS HEREBY ORDERED** that the United States' Motion, **ECF No. 47** is **GRANTED** in full as follows:

1. The report of the United States Marshal, and the sale, are in all respects approved and confirmed. The Marshal shall execute and deliver the original certificate of sale/purchase to the purchaser, Double A Orchards. The United States Marshal, or his successor in office, may take all necessary steps to transfer title of the foreclosed Personal Property, without the need for further order of the Court. IT IS FURTHER ORDERED the United States Marshal, or his successor in office, shall execute and deliver a good and sufficient Deed of Conveyance of the foreclosed Real Property upon the expiration of the 12-month redemption period, absent a redemption, without the need for further order of the Court.

2. The Clerk of the Court is directed to distribute the $192,001.00 previously deposited in the Court's Registry by Receipt No. SPO030584, **ECF No. 45**, and Receipt No. SPO030617, **ECF No. 46**, as follows:

First, by check made payable to the "United States Marshal Service," in the amount of $1,314.48 for costs of sales, mailed to:

> Attn: Mary McGoldrick
> United States Marshals Service
> 920 West Riverside Ave, Suite 200
> Spokane, WA 99201

Second, by check made payable to the "United States Attorney's Office," in the amount of $2,142.00 for the costs of the sale, mailed to:

> United States Department of Justice
> P.O. Box 1494
> Spokane, WA 99210-1494

Third, by check made payable to the "Farm Service Agency," for the amount remaining (*i.e.* $188,544.52 plus any accrued interest) up to $244,300.00 for the amount due and owing to the United States, without registry fees, for application to the judgment debt in this case, mailed to:

> Attn: Farm Loan Programs
> Farm Service Agency
> 1251 2nd Avenue S., #103
> Okanogan, WA 98840

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** November 16, 2017.

>                *s/ Rosanna Malouf Peterson*
>             ROSANNA MALOUF PETERSON
>                United States District Judge

ORDER GRANTING MOTION TO CERTIFY CONFIRMATION OF SALE AND DISBURSMENT OF FUNDS FROM SALE ~ 5